UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

      Plaintiff,

v.                                **ORDER**
                                  Civil File No. 13-3620 (MJD/JJK)

PAUL E. SCHMIDT, JOHN DOE,
and MARY ROE,

      Defendants.

---

Amanda M. Govze, Gary Joseph Evers, and Kalli L. Ostlie, Shapiro & Zielke, LLP, Counsel for Plaintiff.

William B. Butler and Susan M. Glasser, Butler Liberty Law, LLC, Counsel for Defendant Schmidt.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 2, 2014, in which the Magistrate Judge conducted a sua sponte

consideration of remand.  [Docket No. 8]  Defendant filed an objection[1] to the Report and Recommendation on January 7, 2014.  [Docket No. 9]

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Keyes dated January 2, 2014.  Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**[2]:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeffery J. Keyes dated January 2, 2014 [Docket No. 8].

2. This action is remanded to Stearns County District Court in Minnesota.

3. The Clerk's Office is directed to send a copy of the Order to William B. Butler, 33 South Sixth Street, Suite 4100, Minneapolis, MN 55402.

Dated:  February 10, 2014            s/ Michael J. Davis
                                                                     Michael J. Davis
                                                                     Chief Judge
                                                                     United States District Court

---

[1] By Order dated January 14, 2014 (Civil No. 13-mc-49 (MJD) (Doc. No. 10)), this Court suspended attorney William B. Butler from the practice of law in the United States District Court, District of Minnesota, effective December 26, 2013.  Because Defendant's objection was filed prior to the Order dated January 14, 2014, the Court has considered the objection in making its decision.

[2] Attorney Butler is reminded of his obligation to notify his client of the Court's decision herein.